Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
26, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 26, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00309-CV

____________

 

IN RE BERNARD WASHINGTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On  
April 16, 2007, relator Bernard Washington filed a petition for
writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator requests that we compel the Honorable Belinda Joy Hill, presiding judge
of the 280th District Court, Harris County, Texas, to produce to relator
certain documents from relator=s conviction and sentencing in that court in 2004. 

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM








 

Petition Denied and Memorandum
Opinion filed April 26, 2007.

Panel consists of Chief Justice
Hedges and Justices Hudson and Guzman.